In the Matter of FOUR STAR BEER DIST., INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent, dated April 7, 1978, which disapproved the petitioner's application for a brand label registration of a certain beer, the respondent appeals from a judgment of the Supreme Court, Westchester County, dated July 11, 1978, which, *inter alia,* granted the petition. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Beisheim at Special Term. Martuscello, J. P., Titone, Hawkins and O'Connor, JJ., concur. [95 Misc 2d 307.]